DANIEL S. GLASS (Cal SB#140819)
Attorney at Law
641 Fulton Avenue, Suite 200
Sacramento, CA    95825
Tel:     (916) 483-1971
Fax:    (916) 483-1371
E-mail: dsglawyer@sbcglobal.net

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


SATNAM NIJJAR,                                                  No.     13-cv-2044 MCE DAD

        Plaintiff,                                       **STIPULATION OF DISMISSAL AND ORDER**

vs.

AETNA LIFE INSURANCE COMPANY,
HEWLETT PACKARD COMPANY,

        Defendants.
_____/

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 160, the parties, by and through their respective counsel, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own attorney fees and costs.

///

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL AND ORDER**

1

IT IS SO STIPULATED.

Dated: September 29, 2014      Respectfully submitted,

/s/ Jordan S. Altura      /s/ *Daniel S. Glass*
Gordon & Rees, LLP      Daniel S. Glass
275 Battery St., Suite 2000      Attorney at Law
San Francisco, CA 94111      641 Fulton Ave., Suite 200
     Sacramento, CA 95825

*Attorneys for Defendants*      *Attorney for Plaintiff*
*Aetna Life Insurance Company*
Hewlett Packard Company

**ORDER**

     IT IS SO ORDERED.

Dated: September 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION OF DISMISSAL AND ORDER**

2